AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

*Charles A. Edwards et al,*
_____
Plaintiff

v.

*Lawrence M. Sullivan Esq. et al,*
_____
Defendant(s)

06 - 477

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: _____

I, *Charles A. Edwards* _____ declare that I am the (check appropriate box)

• • Petitioner/Plaintiff/Movant    •X• Other *Class Representative*

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury

1. Are you currently incarcerated?    •X•Yes    • •No    (If "No" go to Question 2)

   If "YES" state the place of your incarceration _____

   **FILED**
   AUG - 3 2006
   U.S. DISTRICT COURT
   DISTRICT OF DELAWARE
   *so scanned*

   **Inmate Identification Number (Required):** _____

   Are you employed at the institution? *No*  Do you receive any payment from the institution? *Yes $20.00/month*

   *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2. Are you currently employed?    • •Yes    • •No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. *Jan 2006 Harbor Health Co. in Maintenanceman 40hr. $400.00 wk.*

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | • • Yes | X No |
   | b. | Rent payments, interest or dividends | • • Yes | X No |
   | c. | Pensions, annuities or life insurance payments | • • Yes | X No |
   | d. | Disability or workers compensation payments | • • Yes | X No |
   | e. | Gifts or inheritances | X Yes | • • No |
   | f. | Any other sources | • • Yes | X No |

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

WIFE Sends me $20.00 $100.00 Money orders since my Incarceration as of 1-8-06 As Needed.

4. Do you have any cash or checking or savings accounts?    • • Yes    ☒ No

   If "Yes" state the total amount $ N/A

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?

   • • Yes    ☒ • No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

   NONE

I declare under penalty of perjury that the above information is true and correct.

July 28, 2006    x _Charles Edwards_
DATE                 SIGNATURE OF APPLICANT
                     Charles A. Edwards (Pro Se) #00520789
                     P.O. Box 500 - RTSO6
                     Georgetown, Delaware 19947

NOTE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

Printed: 7/28/2006

## Average Daily Balance For Pauper Filing
*For Days the Individual was in Residence at SCI from 1/8/2006 through 6/30/2006*

Page 1 of 4

SBI: 00520789            NAME:    EDWARDS, CHARLES A

| Date | Balance |
|---|---|
| 01/08/2006 | $0.00 |
| 01/09/2006 | $0.00 |
| 01/10/2006 | $0.00 |
| 01/11/2006 | $0.00 |
| 01/12/2006 | $0.00 |
| 01/13/2006 | $50.00 |
| 01/14/2006 | $50.00 |
| 01/15/2006 | $50.00 |
| 01/16/2006 | $50.00 |
| 01/17/2006 | $50.00 |
| 01/18/2006 | $0.02 |
| 01/19/2006 | $0.02 |
| 01/20/2006 | $100.02 |
| 01/21/2006 | $100.02 |
| 01/22/2006 | $100.02 |
| 01/23/2006 | $100.02 |
| 01/24/2006 | $100.02 |
| 01/25/2006 | $12.74 |
| 01/26/2006 | $12.74 |
| 01/27/2006 | $12.74 |
| 01/28/2006 | $12.74 |
| 01/29/2006 | $12.74 |
| 01/30/2006 | $12.74 |
| 01/31/2006 | $12.74 |
| 02/01/2006 | $4.22 |
| 02/02/2006 | $4.22 |
| 02/03/2006 | $54.22 |
| 02/04/2006 | $54.22 |
| 02/05/2006 | $54.22 |
| 02/06/2006 | $54.22 |
| 02/07/2006 | $54.22 |
| 02/08/2006 | $7.31 |
| 02/09/2006 | $7.31 |
| 02/10/2006 | $7.31 |
| 02/11/2006 | $7.31 |
| 02/12/2006 | $7.31 |
| 02/13/2006 | $7.31 |
| 02/14/2006 | $7.31 |
| 02/15/2006 | $4.91 |
| 02/16/2006 | $4.91 |
| 02/17/2006 | $54.91 |
| 02/18/2006 | $54.91 |
| 02/19/2006 | $54.91 |
| 02/20/2006 | $54.91 |
| 02/21/2006 | $54.91 |
| 02/22/2006 | $17.06 |
| 02/23/2006 | $17.06 |
| 02/24/2006 | $17.06 |

06 - 477



FILED
AUG - 3 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Printed: 7/28/2006  **Average Daily Balance For Pauper Filing**  Page 2 of 4
*For Days the Individual was in Residence at SCI from 1/8/2006 through 6/30/2006*

SBI: 00520789        NAME:    EDWARDS, CHARLES A

| Date | Balance |
|---|---|
| 02/25/2006 | $17.06 |
| 02/26/2006 | $17.06 |
| 02/27/2006 | $57.06 |
| 02/28/2006 | $49.13 |
| 03/01/2006 | $2.52 |
| 03/02/2006 | $2.52 |
| 03/03/2006 | $42.52 |
| 03/04/2006 | $42.52 |
| 03/05/2006 | $42.52 |
| 03/06/2006 | $42.52 |
| 03/07/2006 | $42.52 |
| 03/08/2006 | $3.50 |
| 03/09/2006 | $3.50 |
| 03/10/2006 | $3.50 |
| 03/11/2006 | $3.50 |
| 03/12/2006 | $3.50 |
| 03/13/2006 | $3.50 |
| 03/14/2006 | $3.50 |
| 03/15/2006 | $3.50 |
| 03/16/2006 | $3.50 |
| 03/17/2006 | $63.50 |
| 03/18/2006 | $63.50 |
| 03/19/2006 | $63.50 |
| 03/20/2006 | $63.50 |
| 03/21/2006 | $63.50 |
| 03/22/2006 | $4.04 |
| 03/23/2006 | $4.04 |
| 03/24/2006 | $4.04 |
| 03/25/2006 | $4.04 |
| 03/26/2006 | $4.04 |
| 03/27/2006 | $34.04 |
| 03/28/2006 | $34.04 |
| 03/29/2006 | $7.34 |
| 03/30/2006 | $7.34 |
| 03/31/2006 | $107.34 |
| 04/01/2006 | $107.34 |
| 04/02/2006 | $107.34 |
| 04/03/2006 | $107.34 |
| 04/04/2006 | $107.34 |
| 04/05/2006 | $55.86 |
| 04/06/2006 | $55.86 |
| 04/07/2006 | $55.86 |
| 04/08/2006 | $55.86 |
| 04/09/2006 | $55.86 |
| 04/10/2006 | $55.86 |
| 04/11/2006 | $55.86 |
| 04/12/2006 | $34.97 |
| 04/13/2006 | $34.97 |

Printed: 7/28/2006

### Average Daily Balance For Pauper Filing
For Days the Individual was in Residence at SCI from 1/8/2006 through 6/30/2006

Page 3 of 4

SBI: *00520789*          NAME:     EDWARDS, CHARLES A

| Date | Balance |
|---|---|
| 04/14/2006 | $34.97 |
| 04/15/2006 | $34.97 |
| 04/16/2006 | $34.97 |
| 04/17/2006 | $34.97 |
| 04/18/2006 | $34.97 |
| 04/19/2006 | $9.64 |
| 04/20/2006 | $9.64 |
| 04/21/2006 | $9.64 |
| 04/22/2006 | $9.64 |
| 04/23/2006 | $9.64 |
| 04/24/2006 | $9.64 |
| 04/25/2006 | $9.64 |
| 04/26/2006 | $6.12 |
| 04/27/2006 | $6.12 |
| 04/28/2006 | $6.12 |
| 04/29/2006 | $6.12 |
| 04/30/2006 | $6.12 |
| 05/01/2006 | $26.12 |
| 05/02/2006 | $26.12 |
| 05/03/2006 | $26.12 |
| 05/04/2006 | $26.12 |
| 05/05/2006 | $26.12 |
| 05/06/2006 | $26.12 |
| 05/07/2006 | $26.12 |
| 05/08/2006 | $26.12 |
| 05/09/2006 | $26.12 |
| 05/10/2006 | $26.12 |
| 05/11/2006 | $26.12 |
| 05/12/2006 | $26.12 |
| 05/13/2006 | $26.12 |
| 05/14/2006 | $26.12 |
| 05/15/2006 | $26.12 |
| 05/16/2006 | $26.12 |
| 05/17/2006 | $11.75 |
| 05/18/2006 | $11.75 |
| 05/19/2006 | $11.75 |
| 05/20/2006 | $11.75 |
| 05/21/2006 | $11.75 |
| 05/22/2006 | $11.75 |
| 05/23/2006 | $11.75 |
| 05/24/2006 | $10.90 |
| 05/25/2006 | $3.83 |
| 05/26/2006 | $3.83 |
| 05/27/2006 | $3.83 |
| 05/28/2006 | $3.83 |
| 05/29/2006 | $3.83 |
| 05/30/2006 | $3.83 |
| 05/31/2006 | $3.83 |

Printed: 7/28/2006

## Average Daily Balance For Pauper Filing
*For Days the Individual was in Residence at SCI from 1/8/2006 through 6/30/2006*

Page 4 of 4

SBI: *00520789*   NAME:   **EDWARDS, CHARLES A**

| Date | Balance |
|---|---|
| 06/01/2006 | $3.83 |
| 06/02/2006 | $3.83 |
| 06/03/2006 | $3.83 |
| 06/04/2006 | $3.83 |
| 06/05/2006 | $3.83 |
| 06/06/2006 | $23.03 |
| 06/07/2006 | $22.18 |
| 06/08/2006 | $22.18 |
| 06/09/2006 | $22.18 |
| 06/10/2006 | $22.18 |
| 06/11/2006 | $22.18 |
| 06/12/2006 | $22.18 |
| 06/13/2006 | $22.18 |
| 06/14/2006 | $16.15 |
| 06/15/2006 | $16.15 |
| 06/16/2006 | $16.15 |
| 06/17/2006 | $16.15 |
| 06/18/2006 | $16.15 |
| 06/19/2006 | $16.15 |
| 06/20/2006 | $16.15 |
| 06/21/2006 | $13.44 |
| 06/22/2006 | $13.44 |
| 06/23/2006 | $13.44 |
| 06/24/2006 | $13.44 |
| 06/25/2006 | $13.44 |
| 06/26/2006 | $13.44 |
| 06/27/2006 | $13.44 |
| 06/28/2006 | $1.90 |
| 06/29/2006 | $1.90 |
| 06/30/2006 | $1.90 |

*Summary for 'SBI' = 00520789 (174 detail records)*   **Average Daily Balance:   $26.06**

# Prior Month -- Individual Statement

Date Printed: 7/28/2006                                                        Page 1 of 1

## For Month of January 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00520789 | EDWARDS | CHARLES | A | | | |
| Current Location: | PRE-TRIAL UNIT 5 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Committed | | 1/8/2006 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Visit MO | SHARON EDWARDS | 1/13/2006 | $50.00 | $0.00 | $0.00 | $0.00 | $50.00 |
| Commissary | | 1/18/2006 | ($49.98) | $0.00 | $0.00 | $0.00 | $0.02 |
| Visit MO | SHARON EDWARD | 1/20/2006 | $100.00 | $0.00 | $0.00 | $0.00 | $100.02 |
| Commissary | | 1/25/2006 | ($87.28) | $0.00 | $0.00 | $0.00 | $12.74 |
| | | | | | | Ending Mth Balance: | $12.74 |

# Prior Month -- Individual Statement

Date Printed: 7/28/2006

Page 1 of 1

## For Month of February 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $12.74 |
|---|---|---|---|---|---|---|
| 00520789 | EDWARDS | CHARLES | A | | | |
| Current Location: | PRE-TRIAL UNIT 5 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 2/1/2006 | ($8.52) | $0.00 | $0.00 | $0.00 | $4.22 |
| Visit MO | SHARON EDWARDS | 2/3/2006 | $50.00 | $0.00 | $0.00 | $0.00 | $54.22 |
| Postage | | 2/6/2006 | $0.00 | $0.00 | ($0.42) | $0.00 | $54.22 |
| Copies | | 2/6/2006 | $0.00 | $0.00 | ($1.00) | $0.00 | $54.22 |
| Commissary | | 2/8/2006 | ($46.91) | $0.00 | $0.00 | $0.00 | $7.31 |
| Postage | | 2/9/2006 | $0.00 | $0.00 | ($0.42) | $0.00 | $7.31 |
| Copies | | 2/9/2006 | $0.00 | $0.00 | ($1.50) | $0.00 | $7.31 |
| Commissary | | 2/15/2006 | ($2.40) | $0.00 | $0.00 | $0.00 | $4.91 |
| Copies | | 2/16/2006 | $0.00 | $0.00 | ($0.50) | $0.00 | $4.91 |
| Postage | | 2/16/2006 | $0.00 | $0.00 | ($0.42) | $0.00 | $4.91 |
| Visit MO | SHARON EDWARDS | 2/17/2006 | $50.00 | $0.00 | $0.00 | $0.00 | $54.91 |
| Commissary | | 2/22/2006 | ($37.85) | $0.00 | $0.00 | $0.00 | $17.06 |
| Copies | | 2/23/2006 | $0.00 | $0.00 | ($0.50) | $0.00 | $17.06 |
| Copies | | 2/23/2006 | $0.00 | $0.00 | ($0.75) | $0.00 | $17.06 |
| Postage | | 2/23/2006 | $0.00 | $0.00 | ($0.42) | $0.00 | $17.06 |
| Visit MO | SHARON EDWARDS | 2/27/2006 | $40.00 | $0.00 | $0.00 | $0.00 | $57.06 |
| Copies | | 2/27/2006 | $0.00 | $0.00 | ($2.00) | $0.00 | $57.06 |
| Postage | | 2/28/2006 | ($0.42) | $0.00 | $0.00 | $0.00 | $56.64 |
| Copies | | 2/28/2006 | ($1.00) | $0.00 | $0.00 | $0.00 | $55.64 |
| Copies | | 2/28/2006 | ($0.50) | $0.00 | $0.00 | $0.00 | $55.14 |
| Copies | | 2/28/2006 | ($0.75) | $0.00 | $0.00 | $0.00 | $54.39 |
| Copies | | 2/28/2006 | ($0.50) | $0.00 | $0.00 | $0.00 | $53.89 |
| Postage | | 2/28/2006 | ($0.42) | $0.00 | $0.00 | $0.00 | $53.47 |
| Postage | | 2/28/2006 | ($0.42) | $0.00 | $0.00 | $0.00 | $53.05 |
| Copies | | 2/28/2006 | ($2.00) | $0.00 | $0.00 | $0.00 | $51.05 |
| Postage | | 2/28/2006 | ($0.42) | $0.00 | $0.00 | $0.00 | $50.63 |
| Copies | | 2/28/2006 | ($1.50) | $0.00 | $0.00 | $0.00 | $49.13 |
| | | | | | **Endiug Mth Balance:** | | **$49.13** |

# Prior Month -- Individual Statement

Date Printed: 7/28/2006                                                                 Page 1 of 1

## For Month of March 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $49.13 |
|---|---|---|---|---|---|---|
| 00520789 | EDWARDS | CHARLES | A | | | |
| Current Location: | PRE-TRIAL UNIT 5 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 3/1/2006 | ($46.61) | $0.00 | $0.00 | $0.00 | $2.52 |
| Visit MO | SHARON EDWARDS | 3/3/2006 | $40.00 | $0.00 | $0.00 | $0.00 | $42.52 |
| Commissary | | 3/8/2006 | ($39.02) | $0.00 | $0.00 | $0.00 | $3.50 |
| Visit MO | SHARON EDWARDS | 3/17/2006 | $60.00 | $0.00 | $0.00 | $0.00 | $63.50 |
| Commissary | | 3/22/2006 | ($59.46) | $0.00 | $0.00 | $0.00 | $4.04 |
| Visit MO | SHARON EDWARDS | 3/27/2006 | $30.00 | $0.00 | $0.00 | $0.00 | $34.04 |
| Commissary | | 3/29/2006 | ($26.70) | $0.00 | $0.00 | $0.00 | $7.34 |
| Visit MO | SHARON EDWARDS | 3/31/2006 | $100.00 | $0.00 | $0.00 | $0.00 | $107.34 |
| | | | | | | Ending Mth Balance: | $107.34 |

# Prior Month -- Individual Statement

Date Printed: 7/28/2006                                                                 Page 1 of 1

## For Month of April 2006

| SBI | Last Name | First Name | MI | Snffix | Beg Mth Balance: | $107.34 |
|---|---|---|---|---|---|---|
| 00520789 | EDWARDS | CHARLES | A | | | |
| Current Locatiou: | PRE-TRIAL UNIT 5 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 4/5/2006 | ($51.48) | $0.00 | $0.00 | $0.00 | $55.86 |
| Copies | | 4/6/2006 | $0.00 | $0.00 | ($1.00) | $0.00 | $55.86 |
| Copies | | 4/10/2006 | $0.00 | $0.00 | ($0.75) | $0.00 | $55.86 |
| Commissary | | 4/12/2006 | ($20.89) | $0.00 | $0.00 | $0.00 | $34.97 |
| Commissary | | 4/19/2006 | ($25.33) | $0.00 | $0.00 | $0.00 | $9.64 |
| Copies | | 4/20/2006 | $0.00 | $0.00 | ($0.50) | $0.00 | $9.64 |
| Postage | | 4/20/2006 | $0.00 | $0.00 | ($0.42) | $0.00 | $9.64 |
| Commissary | | 4/26/2006 | ($0.85) | $0.00 | $0.00 | $0.00 | $8.79 |
| Copies | | 4/26/2006 | ($1.00) | $0.00 | $0.00 | $0.00 | $7.79 |
| Copies | | 4/26/2006 | ($0.75) | $0.00 | $0.00 | $0.00 | $7.04 |
| Copies | | 4/26/2006 | ($0.50) | $0.00 | $0.00 | $0.00 | $6.54 |
| Postage | | 4/26/2006 | ($0.42) | $0.00 | $0.00 | $0.00 | $6.12 |
| Copies | | 4/27/2006 | $0.00 | $0.00 | ($3.00) | $0.00 | $6.12 |
| Postage | | 4/27/2006 | $0.00 | $0.00 | ($0.66) | $0.00 | $6.12 |
| | | | | | | Ending Mth Balance: | $6.12 |

# Prior Month -- Individual Statement

Date Printed: 7/28/2006                                                                 Page 1 of 1

## For Month of May 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $6.12 |
|---|---|---|---|---|---|---|
| 00520789 | EDWARDS | CHARLES | A | | | |
| Current Location: | PRE-TRIAL UNIT 5 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Visit MO | SHARON EDWARDS | 5/1/2006 | $20.00 | $0.00 | $0.00 | $0.00 | $26.12 |
| Postage | | 5/12/2006 | $0.00 | $0.00 | ($0.66) | $0.00 | $26.12 |
| Copies | | 5/12/2006 | $0.00 | $0.00 | ($2.75) | $0.00 | $26.12 |
| Medical | | 5/17/2006 | $0.00 | ($4.00) | $0.00 | $0.00 | $26.12 |
| Medical | | 5/17/2006 | ($4.00) | $0.00 | $0.00 | $0.00 | $22.12 |
| Commissary | | 5/17/2006 | ($10.37) | $0.00 | $0.00 | $0.00 | $11.75 |
| Commissary | | 5/24/2006 | ($0.85) | $0.00 | $0.00 | $0.00 | $10.90 |
| Copies | | 5/25/2006 | ($3.00) | $0.00 | $0.00 | $0.00 | $7.90 |
| Postage | | 5/25/2006 | ($0.66) | $0.00 | $0.00 | $0.00 | $7.24 |
| Postage | | 5/25/2006 | ($0.66) | $0.00 | $0.00 | $0.00 | $6.58 |
| Copies | | 5/25/2006 | ($2.75) | $0.00 | $0.00 | $0.00 | $3.83 |
| | | | | | Ending Mth Balance: | | $3.83 |

# Prior Month -- Individual Statement

Date Printed: 7/28/2006                                                                 Page 1 of 1

## For Month of June 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $3.83 |
|---|---|---|---|---|---|---|
| 00520789 | EDWARDS | CHARLES | A | | | |
| Current Location: | PRE-TRIAL UNIT 5 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Copies | | 6/5/2006 | $0.00 | $0.00 | ($2.00) | $0.00 | $3.83 |
| Postage | | 6/5/2006 | $0.00 | $0.00 | ($0.42) | $0.00 | $3.83 |
| Payroll | | 6/6/2006 | $19.20 | $0.00 | $0.00 | $0.00 | $23.03 |
| Commissary | | 6/7/2006 | ($0.85) | $0.00 | $0.00 | $0.00 | $22.18 |
| Copies | | 6/12/2006 | $0.00 | $0.00 | ($0.50) | $0.00 | $22.18 |
| Commissary | | 6/14/2006 | ($6.03) | $0.00 | $0.00 | $0.00 | $16.15 |
| Commissary | | 6/21/2006 | ($2.71) | $0.00 | $0.00 | $0.00 | $13.44 |
| Postage | | 6/23/2006 | $0.00 | $0.00 | ($0.18) | $0.00 | $13.44 |
| Copies | | 6/26/2006 | $0.00 | $0.00 | ($0.50) | $0.00 | $13.44 |
| Copies | | 6/26/2006 | $0.00 | $0.00 | ($1.75) | $0.00 | $13.44 |
| Commissary | | 6/28/2006 | ($6.19) | $0.00 | $0.00 | $0.00 | $7.25 |
| Copies | | 6/28/2006 | ($2.00) | $0.00 | $0.00 | $0.00 | $5.25 |
| Postage | | 6/28/2006 | ($0.18) | $0.00 | $0.00 | $0.00 | $5.07 |
| Copies | | 6/28/2006 | ($0.50) | $0.00 | $0.00 | $0.00 | $4.57 |
| Copies | | 6/28/2006 | ($1.75) | $0.00 | $0.00 | $0.00 | $2.82 |
| Postage | | 6/28/2006 | ($0.42) | $0.00 | $0.00 | $0.00 | $2.40 |
| Copies | | 6/28/2006 | ($0.50) | $0.00 | $0.00 | $0.00 | $1.90 |
| | | | | | Ending Mth Balance: | | $1.90 |

## INMATE ACCOUNT STATEMENT

TO:   Inmate Name: _Edwards_   _Charles_   _A_
                    (Last)        (First)      (M.I.)
      SBI Number: _520789_
      Housing Unit: _PT 502_

FR:   Inmate Account Technician

DA:

RE:   Summary Of Account

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

Attached is your account statement for the six month period of _01-08_, _2006_ through _06-30_, _2006_.

Utilizing the calculation formula described in BOP Procedure 5.4, your average daily balance for this period is $ _26.06_ .

Attachment

_Phyllis Redden_
Notary

PHYLLIS REDDEN
Notary Public, State of Delaware
My Commission Expires October 31, 2007