IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Charles A. Edwards, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 06-477 KAJ ) |
| Lawrence M. Sullivan,<br>Carole J. Dunn, | ) ) ) |
|     Defendants. | ) |

FILED SEP - 1 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

BD Scanned

**AUTHORIZATION**

I, Charles A. Edwards, SBI #520789, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $18.64 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated 8-10, 2006.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: 8-30, 2006.

*Charles Edwards*

Charles A. Edwards
SBI# 00520789
SCI
P.O. Box 500
Georgetown, DE 19947

I/M Charles Edwards SZO789 BLDG: PT-S
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

WILMINGTON DE 197
31 AUG 2006 PM T
U.S. POSTAGE $00.390 AUG 31 06
FROM ZIP CODE 19947

Judge Kent A Jordan (06-477 KAJ)
United State District Court
844 N. King Street, Lockbox 18
Wilmington, DE 19801-3570