DATE: 10-26-06

# 520789

CHARLES Edwards
P.O. BOX 500
GEORGETOWN, DE 19947

RE: CIVIL ACTION NO. 06-477-KAJ

FILED
OCT 31 2006
scanned
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

DEAR CLERK

I AM RESPONDING TO A DECISION HANDED DOWN AND FILED ON OCT. 13, 2006 BY THIS COURT ON THE ABOVE MENTIONED CASE #. ACCORDING TO 1988 *COURT RULES 8.1, 8.3, TO PROCEED WITH AN APPEAL I WILL NEED A CERTIFICATE OF APPEALABILITY. I AM THEREFORE REQUESTING THAT CERTIFICATE AND ANY OTHER DOCUMENT NECESSARY TO EFFECT AN ADEQUATE MOTION FOR APPEAL. I ALSO ASK THAT THIS LETTER SERVE AS MY INTENTION TO APPEAL THE DISMISSAL OF THE ABOVE ACTION.

THANK YOU FOR YOUR TIME AND COOPERATION IN THIS MATTER.

CHARLES EDWARDS
520789/SD7
*Charles Edwards*

\* THE COURT SHALL DEEM A PAPER FILED BY A PRO SE LITIGANT AFTER THE DECISION OF THE DISTRICT COURT IN A CIVIL, CRIMINAL, OR HABEAS CORPUS CASE TO BE A NOTICE OF APPEAL DESPITE INFORMALITY IN ITS FORM OR TITLE, IF IT EVIDENCES AN INTENTION TO APPEAL. THE COURT SHALL DEEM AN APPLICATION FOR LEAVE TO APPEAL IN FORMA PAUPERIS OR AN APPLICATION TO THIS COURT FOR A CERTIFICATE OF APPEALABILITY TO BE A NOTICE OF APPEAL IF NO FORMAL NOTICE HAS BEEN FILED. THE GRANT OR DENIAL OF A CERTIFICATE OF APPEALABILITY BY THE DISTRICT COURT SHALL NOT BE TREATED AS A NOTICE OF APPEAL

SOURCE: 1988 COURT RULES 8.1, 8.3
CROSS REFERENCES: 28 U.S.C § 2253; F.R.A.P. 3, 22(b) 24, FORM 1, FORM 3

S20789
I/M: Charles Edwards   BLDG: PT-S
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

U.S. POSTAGE $00.390   PB2230370
OCT 30 06
19947

U.S.M.
X-RAY

UNITED STATES DISTRICT COURT
844 N. KING STREET
LOCKBOX 18
WILMINGTON, DE 19801-3570