IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES A. EDWARDS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-477-KAJ |
| | ) |
| LAWRENCE M. SULLIVAN and | ) |
| CAROLE J. DUNN, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Plaintiff Charles A. Edwards ("Edwards") filed a civil rights action pursuant to 42 U.S.C. § 1983 against Lawrence M. Sullivan, the Public Defendant for the State of Delaware and Carole J. Dunn, an Assistant Public Defender. (D.I. 2.) The case was dismissed on October 13, 2006, as frivolous. (D.I. 9.) On October 31, 2006, Edwards filed a letter motion for certificate of appealability. (D.I. 10.)

A certificate of appealability is not required to appeal a § 1983 action, but is necessary in a habeas corpus action. 28 U.S.C. § 2253(c)(3).

NOW THEREFORE, this 3rd day of November, 2006, it is ORDERED that the letter motion is construed as a notice of appeal.

_____
UNITED STATES DISTRICT JUDGE