## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

### No. 06-4695

Edwards

vs.

Sullivan, et al.

Charles A. Edwards, Appellant

(Delaware District Civil No. 06-cv-00477)

### O R D E R

Pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure and Third Circuit LAR 3.3 and Misc. 107.1(a),

It is  O R D E R E D  that the above-entitled case is hereby dismissed for failure to timely prosecute,

It is FURTHER  O R D E R E D that a certified copy of this order be issued forthwith as the mandate.

For the Court,

*Marcia M. Waldron*

Clerk

Date: January 2, 2007

cc:

    Mr. Charles A. Edwards

A True Copy:

*Marcia M. Waldron*

Marcia M. Waldron, Clerk