IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Edwards, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-cv-477 KAJ |
| | ) |
| Sullivan, et al., | ) |
| | ) |
| Defendant. | ) |

O R D E R

This __20th__ day of __July__, 2007, it appearing that:

1. All non-sealed and non-expunged records are forwarded to the National Archives and Records Administration (NARA) by the Clerk of this Court in accordance with the Records Disposition Program established by the Judicial Conference pursuant to 28 U.S.C. Section 457.

2. The policy of this Court is that case records are forwarded to the NARA after they have been maintained in this Court for a minimum period of six months after the final disposition of the case, unless otherwise ordered.

3. This case will be forwarded to the NARA after being held for the minimum period of six months.

4. During the course of proceedings in the above-entitled action, parties filed certain confidential papers under seal pursuant to a protective order of the Court.

5. The Clerk has requested an order be issued directing that the sealed documents be returned to the filing parties.

**NOW**, therefore, **IT IS ORDERED** that:

1. When the Clerk prepares the record of the above-entitled case for subsequent transfer to the NARA, he shall notify the parties that he will surrender the sealed documents to the filing parties on a stated date and that the parties shall make arrangements to receive them at the Clerk's Office on that date.

2. On the designated date, the Clerk shall surrender to the filing parties all sealed documents.

3. Any sealed documents in the record of this case shall remain sealed until disposed of in accordance with this order.

4. Should the filing parties fail to make arrangements for procuring the sealed documents on the designated date, the said documents shall be unsealed and thereafter be forwarded to the NARA in accordance with the Records Disposition Program.

5. After the designated date noted above, the Clerk shall arrange to forward the record of this case to the NARA in accordance with the policy of this Court.

United ~~States~~ ~~District~~ Judge

OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 24 , 2007

**Charles A. Edwards**
SBI# 00520789
SCI
P.O. Box 500
Georgetown, DE 19947

RE:    Edwards v. Sullivan et al
       Civ No.: 06-cv-477 KAJ
Dear Sir/Madame:

The Clerk's Office is currently in the process of preparing the above case for transfer to the National Archives and Records Administration (NARA). Pursuant to the enclosed Order of the Court, **pro se parties are asked to claim the sealed documents mentioned in the Order by August 7 , 2007.** All sealed documents filed in subject case are identified in ==yellow== on the attached partial docket sheet. A jointly filed document may be claimed by any attorney who signed/filed the document.

*If parties do not claim the documents that they filed by the above date*, the Clerk will **unseal** any sealed documents remaining and send them to the NARA in accordance with the Order.

To claim your sealed documents kindly **send a formal letter of request to our court in the provided self addressed envelope.**

Simply specify the documents that you are claiming by stating the case number and docket item number(s), along with your name and firm address. Please do not claim your documents via any form of docket entry in CM/ECF. Once we receive your mailed claim, we will prepare the documents for your retrieval and **contact you** when they are ready for pick-up. If you have any further questions please contact the Clerks Office at (302)573-6170.

                                        Sincerely,
                                        By: /s/Larisha Davis
                                            Deputy Clerk

Enc.
    Partial Docket Sheet
    Order

REVIEWED
By Larisha Davis at 12:19 pm, Jun 26, 2007

CLOSED, PaperDocuments

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:06-cv-00477-KAJ
### Internal Use Only

Edwards v. Sullivan et al  
Assigned to: Honorable Kent A. Jordan  
Demand: $1,500,000  
Case in other court: USCA, 06-04695  
Cause: 42:1983 Prisoner Civil Rights  

Date Filed: 08/03/2006  
Date Terminated: 11/03/2006  
Jury Demand: None  
Nature of Suit: 555 Prisoner: Prison Conditions  
Jurisdiction: Federal Question  

**Plaintiff**

**Charles A. Edwards**  represented by  **Charles A. Edwards**  
SBI# 00520789  
SCI  
P.O. Box 500  
Georgetown, DE 19947  
PRO SE  

V.

**Defendant**

**Lawrence M. Sullivan**

**Defendant**

**Carole J. Dunn**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/03/2006 | 1 | MOTION for Leave to Proceed in forma pauperis - filed by Charles A. Edwards. (Attachments: # 1 Account Statement)(mwm, ) (Entered: 08/04/2006) |
| 08/03/2006 | 2 | COMPLAINT filed pursuant to 42:1983 against Lawrence M. Sullivan, Carole J. Dunn - filed by Charles A. Edwards. (Attachments: # 1 SEALED Exhibit A - J)(mwm, ) (Entered: 08/04/2006) |
| 08/03/2006 | 3 | Notice of Availability of a U.S. Magistrate Judge to Exercise Jurisdiction (mwm, ) (Entered: 08/04/2006) |
| 08/03/2006 | 4 | SEALED EXHIBIT A - J re 2 Complaint by Charles A. Edwards. (mwm, ) (Entered: 08/04/2006) |
| 08/09/2006 | | Case assigned to Judge Kent A. Jordan. Please include the initials of the Judge (KAJ) after the case number on all documents filed. (rjb, ) (Entered: 08/09/2006) |
| 08/10/2006 | 5 | ORDER - granting Motion to Proceed IFP. Filing Fee of $350.00 Assessed. An initial partial filing fee of $18.64 shall be required. Plaintiff shall return the attached payment authorization within 30 days. Failure to return payment authorization shall result in dismissal of action without prejudice. (Copy to pltf. ) - Notice of Compliance deadline set for 9/11/2006. Signed by Judge Kent A. Jordan on 8/10/06. (rwc, ) (Entered: 08/10/2006) |
| 09/01/2006 | 6 | Authorization by Charles A. Edwards requesting Prison Business Office to disburse payments to the Clerk of the Court. (copy of assessment order and authorization to |

| | | |
|---|---|---|
| | | Prison Business Office) (ntl, ) (Entered: 09/01/2006) |
| 09/01/2006 | 7 | Miscellaneous documents - (SEALED) - (ie. Letter by Attorney Carole J. Dunn, Sexual Assault Report, Defendant's Statement) - filed by Charles A. Edwards. (rwc, ) Modified on 9/5/2006 (rwc, ). (Entered: 09/05/2006) |
| 09/12/2006 | 8 | MOTION for Class Certification - filed by Charles A. Edwards. (rwc, ) (Entered: 09/12/2006) |
| 10/05/2006 | | Partial Filing Fee Received from Charles A. Edwards: $ 18.64, receipt number 144950 (copy to business office) (rpg, ) (Entered: 10/06/2006) |
| 10/13/2006 | 9 | MEMORANDUM ORDER - denying 8 MOTION to Certify Class and DISMISSING CASE as frivolous -(copy to pltf.) -(CASE CLOSED). Signed by Judge Kent A. Jordan on 10/13/06. (rwc, ) (Entered: 10/13/2006) |
| 10/31/2006 | 10 | LETTER MOTION for Certificate of Appealability - filed by Charles A. Edwards. (rwc, ) (Entered: 11/01/2006) |
| 10/31/2006 | | (Court only) ***Case Reopened per filing of DI# 10. (rwc, ) (Entered: 11/01/2006) |
| 10/31/2006 | 12 | Letter Motion for Certificate of Appealability - construed as a NOTICE OF APPEAL of 9 Order Dismissing Case (1915). (See also 11 Order on Motion for Certificate of Appealability. Appeal filed by Charles A. Edwards. No fee paid. No IFP application. (rwc, ) Modified on 11/3/2006 (rwc, ). (Entered: 11/03/2006) |
| 11/03/2006 | 11 | ORDER - construing 10 Letter Motion for Certificate of Appealability as a NOTICE OF APPEAL. Signed by Judge Kent A. Jordan on 11/3/06. (rwc, ) (Entered: 11/03/2006) |
| 11/03/2006 | | CASE CLOSED (rwc, ) (Entered: 11/03/2006) |
| 11/06/2006 | 13 | NOTICE of Docketing Record on Appeal from USCA for the Third Circuit re 12 Notice of Appeal, filed by Charles A. Edwards. USCA Case Number 06-4695. USCA Case Manager: Tonya Wyche (DOCUMENT IS RESTRICTED AND CAN ONLY BE VIEWED BY COURT STAFF) (tw, ) (Entered: 11/06/2006) |
| 11/07/2006 | | Partial Filing Fee Received from Charles A. Edwards: $ 6.72, receipt number 145337 (copy to business office) (rpg) (Entered: 11/08/2006) |
| 12/08/2006 | | Partial Filing Fee Received from Charles A. Edwards: $ 6.76, receipt number 145613 (copy to business office) (rbe) (Entered: 12/08/2006) |
| 01/02/2007 | 14 | USCA Order Terminating Appeal as to 12 Notice of Appeal, filed by Charles A. Edwards. USCA Decision: dismissing appeal for failure to timely prosecute. (tw, ) (Entered: 01/02/2007) |
| 02/06/2007 | | Partial Filing Fee Received from Charles A. Edwards: $ 37.24, receipt number 146349 (copy to business office) (rpg) (Entered: 02/06/2007) |
| 03/12/2007 | | Partial Filing Fee Received from Charles A. Edwards: $ 20.00, receipt number 146793 (copy to business office) (rpg) (Entered: 03/13/2007) |
| 05/07/2007 | | Partial Filing Fee Received from Charles A. Edwards: $ 43.84, receipt number 147453 (copy of receipt/report to business office). (rpg) (Entered: 05/07/2007) |
| 06/06/2007 | | Partial Filing Fee Received from Charles A. Edwards: $ 40.00, receipt number 147780 (copy of receipt/report to business office). (rpg) (Entered: 06/06/2007) |